# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERWILDA LANCASTER,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security [1],<br><br>  Defendant. | Case No. 1:20-cv-1796 JLT BAM<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING DEFENDANT'S REQUEST TO AFFIRM, AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF FERWILDA LANCASTER AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 22, 25, 31) |

Ferwilda Lancaster seeks judicial review of a final decision denying her application for supplemental security income under Title XVI of the Social Security Act. (Docs. 1, 22.) Plaintiff asserts the ALJ erred in evaluating her migraine headaches and by failing to "offer any clear and convincing reason for rejecting Plaintiff's subjectively reported symptoms." (Doc. 22 at 1; *see also id.* at 6-9.) The Commissioner argues the Court should affirm the ALJ's decision because substantial evidence supported the ALJ's evaluation of Plaintiff's subjective complaints, including her migraine symptoms. (Doc. 25 at 5-16.)

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Leland Dudek as the defendant in this action.

1

The magistrate judge found the ALJ did not identify medical evidence that undermined Plaintiff's statements concerning her migraines. (Doc. 31 at 6-7.) The magistrate judge also determined that "the ALJ did not properly use Plaintiff's daily activities to discount [her] symptoms testimony," because her activities—including "limited cooking, cleaning, shopping— are the same as those the Ninth Circuit has cautioned against using to discredit" a claimant's testimony. (*Id.* at 9.) The magistrate judge rejected the Commissioner's argument that the ALJ properly considered the treatment Plaintiff received, including both the conservative nature and its effectiveness, to evaluate Plaintiff's subjective statements. (*Id.* at 9-11.) The magistrate judge concluded that "the ALJ erred in assessing Plaintiff's symptoms testimony regarding migraines." (*Id.* at 11.) Thus, the magistrate judge recommended the Court grant Plaintiff's appeal, reverse the decision to deny benefits, remand for further proceedings, and enter judgment in favor of Plaintiff. (*Id.* at 12.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 31 at 12.) The Court also advised the parties the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither Plaintiff nor the Commissioner filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 22, 2025 (Doc. 31) are **ADOPTED** in full.
2. Plaintiff's appeal from the administrative decision (Doc. 22) is **GRANTED**.
3. The Commissioner's request to affirm (Doc. 25) is **DENIED**.
4. The agency's determination to deny benefits is **REVERSED**.
5. The action is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

6. The Clerk of Court is directed to enter judgment in favor of Plaintiff Ferwilda Lancaster and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __May 8, 2025__

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE